IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL, Plaintiff | ) | No. CA 06-362S |
| v. | ) | Judge: |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. Defendant | ) | (Removal of Case No. PC 06-3734 filed in Providence Superior Court for the State of Rhode Island |

NOTICE OF REMOVAL

NOW COME the Defendants, MIDEA USA, INC., a Texas Corporation, and GENERAL ELECTRIC COMPANY, a New York Corporation, and pursuant to 28 U.S.C. §§ 1441, *et seq.*, hereby file its Notice of Removal of the instant action based on the diversity of citizenship between the Plaintiff and the Defendants and because the amount in controversy exceeds $75,000, exclusive of costs and interest. In support of its Notice, Defendants state as follows:

1. Plaintiff filed its original Complaint at Law in the Supreme Court of Rhode Island on July 14, 2006, a copy of which is attached hereto as Exhibit A. A copy of the Complaint was served upon GENERAL ELECTRIC COMPANY on July 20, 2006. A copy of the Complaint was served upon MIDEA USA, INC. on July 24, 2006. This Notice is filed within 30 days after service of the Complaint upon the Defendants.

2. At the time that the action was commenced, based upon information and belief of the Defendants, Plaintiff, ALBERTO CARVALHAL, is a citizen and resident of East Providence, Rhode Island.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2006 AUG -9 P 1:21

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

1073237.1

3. At the time this action was commenced, Defendant, MIDEA USA, INC., was a Texas Corporation with its principal place of business in Texas, and Defendant, GENERAL ELECTRIC COMPANY, was a New York Corporation, with its principal place of business in Connecticut.

4. The amount in controversy exceeds $75,000, exclusive of interests and costs, as appears from the Plaintiff's Complaint, a copy of which is attached hereto and incorporated by reference in this Notice.

5. According to 28 U.S.C. §§ 1441, any civil action brought in a state court of which the District Courts of the United States have original jurisdiction may be removed by the Defendant to the District Courts of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. §§ 1441(a). Furthermore, the District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is between citizens of different states. 28 U.S.C. §§ 1332(a).

6. Given the diversity of citizenship between the Plaintiff and the Defendants, and the amount in controversy as alleged by Plaintiff exceeds $75,000, subject matter jurisdiction exists in this Court pursuant to 28 U.S.C. §§ 1332.

7. Pursuant to 28 U.S.C. §§ 1446(b), this Petition has been filed within 30 days after the Defendants received service of the Complaint from which it first ascertained that this matter met the requirements for removal.

8. Copies of this Notice of Removal have been filed with the Supreme Court of Rhode Island and mailed to Plaintiff's counsel.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

WHEREFORE, pursuant to 28 U.S.C. §§ 1441, *et seq.*, these Defendants hereby notify all relevant parties that further proceedings in the Supreme Court of Rhode Island are discontinued and that the suit is removed to the United States District Court for Rhode Island.

Dated: August 9, 2006

Attorney for Defendants,
GENERAL ELECTRIC CORPORATION and
MIDEA USA, INC.

Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
(401) 722-9106 (fax)
contact@mckinnonharwood.com

**APPENDIX**

**Exhibit A** **Plaintiff's Complaint**