STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-6522 EUGENIA CARVALHAL V GENERAL ELECTRIC COMPANY

Filing Date: 12-18-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PROPERTY DAMAGE
Status Date: 01-05-2007

Plaintiff: EUGENIA CARVALHAL
ID: @10879683

Attorney: MARK DANA

Defendant: GENERAL ELECTRIC COMPANY
ID: @10879684
Defendant: MIDEA USA INC
ID: @10879685

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-18-2006 | COMPLAINT FILED | |
| 12-18-2006 | INITIAL FILING FEE | |
| 12-19-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP239560. |
| 01-05-2007 | NOTICE OF REMOVAL | Affiliated: GENERAL ELECTRIC COMPANY |
| 01-05-2007 | CASE REMVD TO US DISTRICT CT | DISTRICT COURT #CA 07 007S<br>Affiliated: GENERAL ELECTRIC COMPANY |
| 01-05-2007 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island