LDA

25-9083-00-4

IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | ) | No. CA 07 007 S<br><br>Judge:<br><br>(Removal of Case No. PC 2006-6522 filed in the Superior Court of Rhode Island) |

**AFFIDAVIT**

JOSEPH DiMAIO, ESQ., being first duly sworn on oath, deposes and says that:

1. He is the attorney for the Defendants in this cause;

2. He has prepared and read the petition for removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the petition for removal are true and correct.

Attorneys for Defendanta
GENERAL ELECTRIC CORPORATION and
MIDEA, INC.

Joseph-Anthony DiMaio, Esq.
Attorney No. 3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106 (fax)
contact@mckinnonharwood.com

Subscribed and sworn to before me
this 4th day of January, 2007.

Kim Benyon
Notary Public

1099778.1

25-9083-00-4

IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | ) | No.<br><br>Judge:<br><br>(Removal of Case No. PC 2006-6522 filed in the Supreme Court of Rhode Island) |

**AFFIDAVIT**

RODD E. ELGES, ESQ., being first duly sworn on oath, deposes and says that:

1. He is the attorney for one of the Defendants in this cause;

2. He has prepared and read the petition for removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the petition for removal are true and correct.

RODD E. ELGES
CLAUSEN MILLER P.C.

Subscribed and sworn to before me
this 4th day of January, 2007.

Notary Public

"OFFICIAL SEAL"
ANA CASTANEDA
Notary Public, State of Illinois
My Commission expires 01/14/07

DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Attorney I.D. No. 90181
10 S. LaSalle Street
Chicago, Illinois 60603-1098
312-855-1010
Attorneys for Defendants