AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

EUGENIA CARVALHAL,
Plaintiff,
V.

GENERAL ELECTRIC COMPANY and
MIDEA USA, INC.

**APPEARANCE**

Case Number: 07-007 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Plaintiff, EUGENIA CARVALHAL

I certify that I am admitted to practice in this court.

Date 1/12/2007

/s/ Robert A. D'Amico, II, Esq. #4593
Signature

Print Name Bar Number

D'AMICO - BURCHFIELD, LLP
536 Atwells Avenue.
Address

Providence RI 02909
City State Zip Code

(401) 454-1212 (401) 454-1233
Phone Number Fax Number