**IN THE UNITED STATES DISTRICT COURT**
**FOR RHODE ISLAND**

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. CA 07-007 S-LDA**<br><br>**(Pending Consolidation with: CA 06-362-S-LDA)** |

**DEFENDANTS' MOTION TO**
**CONTINUE JANUARY 29, 2007 CONFERENCE**
**WITH CONSENT OF OPPOSING COUNSEL**

**NOW COME**, Defendants, GENERAL ELECTRIC COMPANY and MIDEA USA, INC., by and through counsel and hereby move for an order continuing the January 29, 2007 conference presently scheduled to such further date as is mutually convenient for opposing counsel and this Honorable Court. In support of said motion, Defendants attach hereto and make incorporated by reference herein their supporting Memorandum.

Defendants,
By Counsel,

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

**CERTIFICATION**

I hereby certify that on Monday, January 22, 2007, a true copy of the within, was served upon all counsel of record only by "CM/ECF" electronic means.

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio

**IN THE UNITED STATES DISTRICT COURT**
**FOR RHODE ISLAND**

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and<br>MIDEA USA, INC.<br>Defendants | ) | **No. CA 07-007 S-LDA**<br><br>**(Pending Consolidation with:**<br>**CA 06-362-S-LDA)** |

**<u>MEMORANDUM IN SUPPORT OF:</u>**

**<u>DEFENDANTS' MOTION TO</u>**
**<u>CONTINUE JANUARY 29, 2007 CONFERENCE</u>**

**NOW COME**, Defendants, GENERAL ELECTRIC COMPANY and MIDEA USA, INC., by and through counsel and in support of their motion, hereby state as follows:

1. Consolidation is pending between the cases of <u>THE HARTFORD INSURANCE COMPANY AS SUBROGEE OF ALBERTO CARVALHAL VS. GENERAL ELECTRIC COMPANY and MIDEA USA, INC</u>,. C.A. NO. 06-326S-LDA (hereafter "Hartford's Case") and <u>EUGENIA CARVALHAL VS. GENERAL ELECTRIC COMPANY, and MIDEA USA, INC</u>, C.A. NO. 07-007-S-LDA, (hereafter "Eugenia's Case")) (see Attached Exhibit A –Receipt of filing of Motion and Memorandum).
2. Hartford's Case is scheduled for a Settlement Conference on January 29, 2007. (see Attached Exhibit B).
3. Coincidentally, Eugenia's Case is scheduled for a Rule 16 Conference also on January 29, 2007. (see Attached Exhibit C).

4. **Co-counsel for Defendants, Rodd E. Elges is unavailable on January 29, 2007.** Participation of co-counsel, Rodd E. Elges, is integral to both conferences on January 29, 2007; Unfortunately attorney Elges is presently scheduled in "THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS" in the case of Roos vs. City of Jolet, et. al., Case No. 01L-508 (see Attached Exhibit D) for a trial status on January 26, 2007, and to begin trial the week of "January 29, 2007" (Exhibit D).

5. **Opposing counsel in the Hartford's Case, though Eric Loftus, has consented** to a continuance provided that his client's unavailability on the dates between January 30, 2007 through February 2, 2007, and February 5, 7, 12-16, 19-21, and February 23rd be taken into consideration.

6. **Opposing counsel in Eugenia's Case has consented** to a continuance, provided his unavailability between the dates of February 16 – 25, 2007 are taken into consideration.

7. For reasons of judicial economy, it makes sense to wait for a decision regarding the motion for consolidation, since both the Hartford's Case and Eugnia's Case may proceed on the same scheduling track.

Defendants,
By Counsel,

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATION

I hereby certify that on Monday, January 22, 2007, a true copy of the within, was served upon all counsel of record only by "CM/ECF" electronic means.

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio