# Motions

1:06-cv-00362-S-LDA The Hartford Insurance Company v. General Electric Company et al

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from DiMaio, Joseph-Anthony entered on 1/11/2007 at 5:38 PM EST and filed on 1/11/2007

| | |
|---|---|
| **Case Name:** | The Hartford Insurance Company v. General Electric Company et al |
| **Case Number:** | 1:06-cv-362 |
| **Filer:** | General Electric Company |
| | Midea USA, Inc |
| **Document Number:** | 18 |

**Docket Text:**
MOTION to Consolidate Cases WIth Supporting Memorandum by all defendants. Responses due by 1/29/2007 (Attachments: # (1) Exhibit Eugenia Carvalhal's Complaint)(DiMaio, Joseph-Anthony)

The following document(s) are associated with this transaction:

**Document description:**
Main Document

**Original filename:**
n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096917572 [Date=1/11/2007] [FileNumber=129229-0] [421eede87269a2aa064a7afa3fb8ef07ec1074dd3d1d653314b16ff3dd2abbee1efb 87115527952d597ad3ca0050ca89b45409da2fca1484d4fc0948df2d6011]]
**Document description:**Exhibit Eugenia Carvalhal's Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=1/11/2007] [FileNumber=129229-1]

[9d3d488388bb4fedfd6531c33a812d4db6ad3071d76d7bcd3044047116a3a9370ef57
c44ede3cd1acfc8ebf2bc7fbfb9108b7c6cd5a7430af03e0450a18b7d4a7]]

**1:06-cv-362 Notice will be electronically mailed to:**

Kevin S. Cotter ravt.ksc@conversent.net

Joseph-Anthony DiMaio contact@mckinnonharwood.com

Rodd E. Elges relges@clausen.com

Erik Loftus eloftus@sbcglobal.net

Dominick Savaiano dsavaiano@clausen.com

Richard Ari van Tienhoven ravt.ksc@conversent.net

**1:06-cv-362 Notice will be delivered by other means to:**