| | |
|---|---|
| **From:** | cmecf@rid.uscourts.gov |
| **To:** | cmecfnef@rid.uscourts.gov; |
| **CC:** | |
| **Subject:** | Activity in Case 1:06-cv-00362-S-LDA The Hartford Insurance Company v. General Electric Company et al "Order" |
| **Date:** | Friday, October 20, 2006 4:21:13 PM |
| **Attachments:** | |

---

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 10/20/2006 at 4:12 PM EDT and filed on 10/20/2006

| | |
|---|---|
| **Case Name:** | The Hartford Insurance Company v. General Electric Company et al |
| **Case Number:** | 1:06-cv-362 |
| **Filer:** | |
| **Document Number:** | 17 |

**Docket Text:**
SETTLEMENT CONFERENCE ORDER AND NOTICE OF Settlement Conference set for 1/29/2007 02:00 PM in Magistrate Judge Almond Chambers - Room P-208 before Magistrate Judge Lincoln D. Almond. So Ordered by Magistrate Judge Lincoln D. Almond on 10/20/06. (Noel, Jeannine)

The following document(s) are associated with this transaction:

**Document description:**
Main Document

**Original filename:**
n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096917572 [Date=10/20/2006] [FileNumber=112046-0
] [48c9b69a579186b41eafc34ec9a9d5eb4e56b30e0404b505a6a29a51395441de42c
ca29e7c486b1bd02de0571bb65c56dc0700bb50601a7e6823356d75bc5d9c]]

**1:06-cv-362 Notice will be electronically mailed to:**

Kevin S. Cotter ravt.ksc@conversent.net

Joseph-Anthony DiMaio contact@mckinnonharwood.com

Rodd E. Elges relges@clausen.com

Erik Loftus eloftus@sbeglobal.net

Dominick Savaiano dsavaiano@clausen.com

Richard Ari van Tienhoven ravt.ksc@conversent.net

**1:06-cv-362 Notice will be delivered by other means to:**