| | |
|---|---|
| **From:** | cmecf@rid.uscourts.gov |
| **To:** | cmecfnef@rid.uscourts.gov; |
| **CC:** | |
| **Subject:** | Activity in Case 1:07-cv-00007-S-LDA Eugenia Carvalhal v. General Electric Company et al "Notice of Hearing" |
| **Date:** | Thursday, January 11, 2007 9:42:23 AM |
| **Attachments:** | |

---

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Baldinelli, Doreen entered on 1/11/2007 at 9:41 AM EST and filed on 1/11/2007

| | |
|---|---|
| **Case Name:** | Eugenia Carvalhal v. General Electric Company et al |
| **Case Number:** | 1:07-cv-7 |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
Rule 16 Conference set for 1/29/2007 at 9:00 AM in Judge Smith Chambers before Judge William E Smith. (Baldinelli, Doreen)

The following document(s) are associated with this transaction:

**Document description:**
Main Document

**Original filename:**
n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1096917572 [Date=1/11/2007] [FileNumber=128856-0]
[6bff52f22ebdd253ad6141fb4884857239dbc0e7deec67ea16f99a5fb2af508dfa1f
ca92415d306f5af40d2070835e227afa249e24c1f6d881d4e94980f1958e]]

**1:07-cv-7 Notice will be electronically mailed to:**

Mark W. Dana mwd@mdlawri.com

Joseph-Anthony DiMaio contact@mckinnonharwood.com

Rodd E. Elges relges@clausen.com

**1:07-cv-7 Notice will be delivered by other means to:**