#2

STATE OF ILLINOIS)
)SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

Ross

Plaintiff(s)

VS

City of Joliet, et al

Defendant(s)

CASE NO: 01 L 509

# AGREED COURT ORDER

On Plaintiff motion, w/o objection, he is allowed additional time to 12/8/06 to supplement his economist disclosure

On the City of Joliet's motion, w/o objection, it is allowed to file its affirmative defenses.

Trial date to stand

Discovery is closed w/ the exception of discovery depositions of defendants two remaining liability experts + all pending discovery deposition of Dr. Stove.

Name: Harvey
Attorney For: Π
ARDC#: 06191708
Address: 10 S. Chicago St
City: Joliet
Telephone: 723-3600

Date: 11/27, 2006

Entered: [signature]
Judge

17D (Revise 12-99) CRSOS

AO

STATE OF ILLINOIS )
)SS
COUNTY OF WILL )

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS**

Ross
Plaintiff

vs

City of Joliet, et al
Defendant

CASE NO: 01 L 508

## COURT ORDER

On Motion of the plaintiff w/o objection, It is hereby ordered that

Trial date of 9/25/06 is stricken

Cause re-set for trial status 1/~~22~~ 26/07 @ 9:00 AM. Trial set week of 1/29/07

Defense opinion witness disclosure due 10/1/06.

Attorney or Party, if not represented by Attorney
Name Harvey
ARDC # 06141708
Firm Name
Attorney for Pl
Address 105 S. Chicago St
City & Zip Joliet IL 60436
Telephone 727-5600

Dated: 8/8, 2006

Entered: [signature]
Judge

**PAMELA J. MCGUIRE, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

White – Court Yellow – Plaintiff Pink – Defendant 17 D Revised (06/06)