# IN THE UNITED STATES DISTRICT COURT

# FOR RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | ) | **No. CA 06-362 S-LDA** |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| EUGENIA CARVALHAL<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | ) | **No. CA 07-007 S-LDA** |

**DEFENDANTS' MOTION TO
EXTEND TIME FOR DISCOVERY
WITH PARTIAL CONSENT**

**NOW COME**, Defendants, GENERAL ELECTRIC COMPANY and MIDEA USA, INC., by and through counsel and hereby move for an extending time within which to complete discovery.

In support of said motion, and in compliance with Local Rule 7, Defendants states as follows:

1. The cases of THE HARTFORD INSURANCE COMPANY AS SUBROGEE OF ALBERTO CARVALHAL VS. GENERAL ELECTRIC COMPANY and MIDEA USA, INC,. C.A. NO. 06-326S-LDA (hereafter "Hartford's Case") and EUGENIA CARVALHAL VS. GENERAL ELECTRIC COMPANY, and MIDEA USA, INC, C.A. NO. 07-007-S-LDA, (hereafter "Eugenia's Case")) were consolidated by TEXT ORDER on February 2, 2007 (Hartford's Case and Eugenia's Case, collectively hereafter "Consolidated Case").

2. Discovery regarding the Hartford's Case closes on Friday, February 16, 2007.

3. Discovery regarding Eugenia's Case has yet to take place, and no deadlines have been scheduled.

4. A Rule 16 conference in Eugenia's Case did not take place due to the consolidation issue.

5. Defendants anticipate that discovery in Eugenia's Case may impact the Hartford's Case prompting additional mutual discovery by, between, or among the different parties in the Consolidated Case.

6. Defendants respectfully move this Honorable Court grant an order permitting discovery to remain open for another sixty (60) days, i.e. April 16, 2007, as it pertains to all parties in the Consolidated Case.

7. Attorney Erik Loftus, Esq., on behalf of The Hartford Insurance Company, has verbally consented to the proposed extension of time.

8. Attorney Mark Dana, Esq., on behalf of Eugenia Carvalhal, could not be reached. However, since no discovery deadlines were established regarding Eugenia's Case, his consent may be immaterial.

WHEREFORE, Defendants respectfully request this motion be granted.

Defendants,
By Counsel,

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

**CERTIFICATION**

I hereby certify that on Thursday, February 15, 2007, a true copy of the within, was served upon all counsel of record for the Consolidated Case through "CM/ECF" electronic means only.

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio