# EXHIBIT C

**RODD E. ELGES**

**From:** RODD E. ELGES
**Sent:** Tuesday, April 03, 2007 10:58 AM
**To:** 'eloftus@sbcglobal.net'
**Cc:** ROSANNE ABRAHAM
**Subject:** Re: Carvalhal

Erik -

Sorry that's your position.

While we disagree with the Plaintiffs' characterization of our requests for the deps, my office will take the deps whenever your experts are available.

Thanks.

- Rodd

----- Original Message -----
From: Erik Loftus <eloftus@sbcglobal.net>
To: RODD E. ELGES
Cc: D'Amico, Robert A. <rad@dblawri.com>
Sent: Tue Apr 03 11:50:17 2007
Subject: Re: Carvalhal

Rodd:

I have sent emails to my experts asking for their availability. I have not yet heard a response. I am attempting to be as cooperative as possible, but you have made an unreasonable request. Given that this claim is several years old, and the pending case has been active since mid-2006, you have had ample opportunity to conduct these depositions in a reasonable fashion.

Please do not try to feed me false hope about settlement. Your demeanor and offer during the mediation indicate no willingness to settle this matter. Indeed, your client's unwillingness to even show up added to that inference (btw Allianz has a number of US offices and adjusters qualified to handle that mediation). I don't see how that could possibly change with depositions of experts whose opinions have been explicitly outlined carefully and in detail in their reports.

I am not going to request an extension of the discovery deadline. My case is ready for trial. If any of my experts are available for deposition prior to the deadline, I will make every effort to make those depositions happen. If they are not available, that is beyond my control. The fault lies with you for not requesting their depositions within a reasonable timeframe, and in accordance with the federal rules.

I will update you further once I get a response.

Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax.

----- Original Message -----
From: "RODD E. ELGES" <RELGES@clausen.com>
To: <eloftus@sbcglobal.net>
Cc: "ROSANNE ABRAHAM" <RABRAHAM@clausen.com>
Sent: Tuesday, April 03, 2007 10:35 AM
Subject: Re: Carvalhal