**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal | : | |
| v. | : | C.A. No.: 06-362S |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | : | |

**MOTION FOR PROTECTIVE ORDER**

Now comes the Plaintiff, The Hartford Insurance Company, by and through its undersigned attorneys, and requesting the Court to order that the Defendants may not proceed with the depositions of Michael Cooney and Ara Nalbandian, which they have scheduled to take place on April 13, 2007. The Defendants have failed to provide the Plaintiff with reasonable notice of these depositions as required by the federal rules. For this reason, as more fully articulated in the accompanying Memorandum of Law, the Plaintiff requests this Court enter a protective order in its favor.

Dated: April 9, 2007

THE PLAINTIFF,

By: /s/ Erik Loftus, Esq.
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221

/s/ Richard A. van Tienhoven
Richard A. van Tienhoven, Esq
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
Tel. (401) 454-5350
Fax (401) 454-5170

**CERTIFICATION**

I hereby certify that on this 9th day of April, 2007, a true copy of the within document was sent via first class mail to:

Dominick W. Savaiano, Esq.
Rodd E. Elges, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098

Joseph-Anthony DiMaio, Esq.
McKennon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861

Robert A. D'Amico, Esq.
Mark W. Dana, Esq.
536 Atwells Avenue
Providence, RI 02909

/s/ Erik Loftus, Esq.