# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HARTFORD INSURANCE COMPANY
as Subrogee of ALBERTO CARVALHAL
vs. C.A. No. 06-362S
GENERAL ELECTRIC COMPANY and
MIDEA USA, INC.

DEPOSITION OF ARA D. NALBANDIAN, P.E., a Witness in the above-entitled case, taken on behalf of the Defendants, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of D'Amico & Burchfield, LLP, 536 Atwells Avenue, Providence, Rhode Island, on May 15, 2007 at 10:00 A.M.

APPEARANCES:

FOR THE PLAINTIFF......LAW OFFICE OF STUART BLACKBURN
(Hartford)
BY: ERIK LOFTUS, ESQUIRE
TWO CONCORDE WAY
WINDSOR LOCKS, CT 06096

FOR THE PLAINTIFF......D'AMICO & BURCHFIELD, LLP
(Carvalhal)
BY: ROBERT A. D'AMICO, II, ESQ.
536 ATWELLS AVENUE
PROVIDENCE, RI 02909

FOR THE DEFENDANTS.....CLAUSEN MILLER, PC
BY: RODD E. ELGES, ESQUIRE
10 SOUTH LaSALLE STREET
CHICAGO, IL 60603

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920

to opine at the trial of this matter that there was a surge or other malfunction in the amount of electricity that was sent to this heating coil?

A. I have opined not to concentrate on electric consumption, except my opinion is that the failure of the vessel itself has overwhelmed the functionality of the electrical system that had malfunctioned and caused the fire.

Q. Did that overwhelming, as you put it, cause more power to go to the heating coil than was intended to go to the heating coil?

A. Most likely, yes.

Q. When you say more, you're talking about the heating coil just stayed on too long, is that your opinion?

A. Whatever occurred after the controls were not able to sustain curtailment of the electric energy, that's where the system failed and energy was introduced in the environment to cause the fire.

Q. Right. And what I'm trying to get at is I'm trying to pinpoint the failure, and my understanding, based upon my review of your report is kind of summarized as follows: That it's your opinion that water escaping from the stainless

turned off allowed it to overheat? True?
A. In a sense, yes.
Q. Is there any other sense that I'm missing? I'm trying to make sure I understand your opinion.
A. You look at electrical wires that goes from one source to another. So the electrical wire is part of the system that provides the energy.
MR. ELGES: Yes, sir.
A. Any time you have a failure in the electrical energy supply, whether it's the coil or the connections, you will have the potential for some occurrence that provides more energy to initiate the fire.
Q. And you would expect that to leave a physical fingerprint, as it were, in a form of arcing, true?
A. If there is a short, yes. But if it heats up to -- a significant amount that ignites, a combustible material at a temperature before arcing occurs, then you have an incident.
Q. My understanding based upon your report is that the malfunction of the sensor caused by the water leaking allowed the heating unit to get too hot to a point where the thermal energy from the heating unit caused something else to catch fire; is that

a fair summary of your opinions?
A. I don't believe I have said that.
Q. How did this unit catch fire?
A. The malfunction of the electrical system, which is not the heater itself, you're alluding to the electrical heater, the whole heating system subsystem that you have which is within and around the vessel that heats water was failing to react as a normal operating component. So when the system failed, you had an energy supply through the incoming power to the unit at that location failed to sort of curtail the incoming power; so, therefore, any of that subassembly, whether it's the wiring connections, the wires, the heaters, whatever occurred, the failure of that subsystem caused the fire.
Q. What component of this water dispenser first ignited?
A. I don't know. I wasn't there to see what ignited.
Q. So, as you sit here today, you cannot offer an opinion to a reasonable degree of scientific certainty as to what ignited and started this fire? True?
A. It's the combustible in the proximity of

A. We couldn't do anything with this coil.
Q. Why not?
A. Because it was burned, damaged. Externally it's intact.
Q. How do you know it was -- you're saying it was inoperable; is that what you're saying?
A. Inoperable, yes.
Q. So when you received the water dispenser from the State Fire Marshal's office, the heating coil in this water dispenser unit would not work?
A. All the connections, all the wiring, all the elements are cooked, burned. There was no way of really doing anything to test the integrity, performance, reliability or functionality of the coil.
Q. Did you test the coil in the water cooler that you received, the second water cooler that had fiber insulation in it?
A. No.
Q. Was there anything that prevented you from testing that heating coil to determine how hot it would get under normal operating conditions and how hot it would get if a continuous flow of energy was provided to it due to a malfunction in the sensors inside of the stainless steel tank?

the causation for the failure of the components, meaning the tank, was subject to why would you have something malfunction, what was the cause, the root cause. So, our investigation was to find a root cause.

Q. All right. And I understand we talked about this before, your theory that the root cause is water leaked out of the tank, it corroded the sensors, the sensors malfunctioned and allowed the heating unit to run continually?

A. That's the sequence of events.

Q. But I'm trying to find out what happened next, which is, I asked you how hot the heating element got, and you said you don't know, right?

A. Well, you're addressing -- I said no, because of the heating element. We previously discussed the subassembly within the heating energy supply line to the heating element. That is where the malfunction occurs. It is not necessarily the heating element that is subject for discussion as far as the resultant fire. The fire occurred not in the heating element, the fire occurred within the dispenser itself in an area where there were combustibles and energy enough to initiate the fire.

Q. Before you answer it, I'm going to say to a reasonable degree of scientific certainty what's your opinion on that subject, please?
A. The physical cause of the fire is the non-compatibility of the designed use of stainless steel with an insulation which has inherently chloride latent. That, in itself, is the cause, physical cause of the failure which eventually resulted in a fire.
Q. All right. As far as your scientific opinion regarding the ignition of this fire, do you have an opinion to a reasonable degree of scientific certainty as to what led specifically to the ignition of this fire?
A. The electrical subsystem within the heating of the water and the presence of the combustible material within the dispenser.
Q. All right. And those are two separate elements, right, heater, combustible material? True?
A. Yes.
Q. All right. You need both of those --
A. Not the heater. We're talking about the heater, meaning the heating elements or the heating assembly?
Q. I guess what I'm trying to get at is the heating