# EXHIBIT B

# Kirk's
# Fire Investigation

fourth edition

**_John D. DeHaan, Ph.D._**
*Fellow, American Board of Criminalistics (Fire Debris)*
*Forensic Science Society Diploma in Fire Investigation*
*California Department of Justice*
*Bureau of Forensic Services*
*California Criminalistics Institute*

BRADY
PRENTICE HALL
Upper Saddle River, New Jersey 07458




**FIGURE 10-2** Typical service entrance electrical connections with breaker ratings and wire sizes.

breakers installed in the distribution panel or by another GFI outlet "up the circuit" (towards the power source) from that being examined.

### Service Entrance

The service entrance, the point where connection to the utility company is made, usually contains the electric meter, disconnecting means, and overcurrent protection devices. In addition, the system ground is made at this point. It is important for the fire investigator to become familiar with the basic fundamental of wiring methods and especially the service entrance, since this is the basic electricity distribution center.

An example of a typical dwelling service entrance is shown in the block diagram in Figure 10-2. The breakers (or fuses) are identified by size. The required wire sizes are also shown. Each breaker is selected to protect the circuit it supplies from overloads. Therefore, 50-ampere breakers must be wired to #6 copper conductors (or larger), 20 ampere to #12, and so on. The usual appliance circuit is wired with #12 wire to a 20-ampere breaker. Small appliances and lamps are frequently supplied with #18 cords that are rated at 5 amperes. It should be noted that, when failure occurs in these cords, they are not protected by the 20-ampere breaker, since four times their rated current must pass (sufficient to cause ignition by overcurrent) before the breaker is even passing its normal rated current.

Frequently, breakers or fuses are found functioned after a fire. This can serve as an indicator of possible electrical fault, but it is just one indicator. Breakers and fuses can be tripped as a result of the fire damaging the electrical system in the absence of any prefire fault, and yet fire-causing electrical faults need not draw sufficient current to trip them.

## IGNITION BY ELECTRICAL MEANS

When assaying the possible ignition of a fire by electrical means, it is important to consider just how much electrical energy would have been necessary to cause sustained ignition in a particular environment. Small areas of overheated wire or small arcs are of little

concern in a solid material of high ignition temperature. The smallest discernible arc, however, is a serious hazard in a combustible gas or vapor.

Ignition by electrical means is caused by conduction heating or arcing conditions. Conduction heating can occur as current travels through an insufficient conductor, or as it encounters contact resistance (with aluminum wiring providing special problems in that area). Arcs as sources of extremely high temperatures have already been discussed. The degradation of electrical insulation can, of course, contribute to either mechanism. Each of these problems will be examined in turn in the following sections.

## Conduction Heating

The heating of conductors used to carry current is negligible under ordinary circumstances. The code limits the current a conductor shall carry and, therefore, the amount of heat generated. This limit depends on the size of conductor, its composition, and the type of insulation covering. Where these limiting currents are exceeded (where a conductor is overloaded), the generation of heat becomes a hazard.

A small overload has only a minor effect on overheating because of the built-in safety factor. For instance, a 30-ampere fuse used instead of a 20-ampere size is a 50% overload but, even with this amount of overload, some time would be required to feel a significant temperature rise of the conductor.

Consider the situation where a small #18 AWG (American Wire Gauge) extension cord is plugged into an appliance circuit protected at 20 amperes. In case of a short circuit in the extension cord, possibly from frayed or cracked insulation, the current has to be 400% of rated value for the breaker to function (#18 AWG is rated at 5 amperes). This could cause overheating of the extension cord. The circuit feeding the receptacle would not be overheated since, if properly installed, it would have been #12 AWG (typically at 20 amperes).

When an electric current flows through a single circuit path, the current is the same (amperes) in all parts of the circuit. The temperature at any point is dependent on the electrical resistance at that point and also on the rate that heat can be transferred away. Referring back to the previous example, the #18 AWG wire has a higher resistance per unit length than the #12 AWG. Therefore, it will operate at a higher temperature.

## Insulation Degradation—Carbon Tracking

With the exception of glass, ceramic, mica, and asbestos insulators, most electrical insulation materials are organic compounds, that is, containing carbon. Therefore, degradation of such insulators by applying heat produces a carbon char, which is an electrical conductor. When this pyrolysis occurs over a large area, it is called *carbonization* or *pyrolyzation.* When it occurs in a limited area between conductors, it is often called *arc tracking* or *carbon tracking*. The result of this is that something that is supposed to be an insulator becomes a conductor, often over an extended time and at such a slow rate that it is not readily detectable until the conductive path it creates can conduct so much current that massive heating can occur. For instance, if an insulator absorbs moisture, a small current can flow, producing some heat. This heat can slowly degrade organic insulation in the vicinity and turn some of it to carbon. Once enough carbon is formed between the conductors, more

Case 1:07-cv-00007-S-LDA Document 27-3 Filed 10/12/2007 Page 5 of 6



current can flow along the carbon path, providing localized heating and further degradation. As the process continues, the current progressively increases as more and more carbon is formed. Finally, unless a breaker or fuse functions, an arc may be struck and the carbonized insulation ignites, resulting in a possible fire. This situation is more prevalent in inexpensive electrical appliances where low-quality insulation is used. This occurrence has also been reported in appliance switches, from the ignition of the insulation supporting the contacts. It has been seen in many devices—televisions, clothes dryers, coffee makers, smoke alarms, molded plugs, and the like. Materials used for insulation, even in high-quality appliances, are selected on the basis of the thermal conditions *expected under normal use.* If an otherwise safe power cord is used in an abnormally hot environment or even buried under carpets or blankets, the heat being generated cannot escape. The heat then can build up, possibly beyond the design limits of the insulation, and it begins to degrade. It should be remembered that overheating conductors first cause degradation of the insulation surrounding them, followed by degradation of plugs, sockets, and other hardware. It is only then that heat from an overheated wire will affect other fuels.

Abuse of an appliance such as soaking it with impure water or allowing conductive dusts to accumulate can trigger such arc tracking. The higher the voltage, the more likely such tracking can take place. It is not seen in low-voltage (<24 V) circuits and is considered to be very unlikely even at 110 V.

## Water or Moisture

While pure water is an insulator, ordinary tap water contains enough dissolved salts to be somewhat conductive, and the greater the salt content, the better it conducts. Small amounts of impure water, then, can play a role in triggering arc tracking on insulators, but it can also cause corrosion that can result in high-resistance, heat-producing connections. These connections create localized heat, pyrolysis of their insulative supports, and additional current flows as the char develops. When water enters electrical equipment, it can provide additional paths for the current, in parts of the equipment that are not meant to carry such currents. The presence of water, in addition to providing a potential electric shock danger, has been seen to cause fires by allowing current flows along unplanned paths. In one case, a storm broke the utility drop connectors and bent the entrance conduit. In making the repairs, the entrance conduit was not repaired, and it had broken loose at the roof, allowing a path for rain directly down into the wall and into the electrical distribution system. The water contamination ultimately resulted in ignition and fire destruction. The fire codes list specific types of electrical equipment for wet or damp locations. When regular equipment is exposed to these conditions, disaster can occur.

## Contact Resistance

In order for electricity to act as an ignition source, whether it be by overcurrent, sparks, or arc, there must be a flow of current. An electric circuit having voltage supplied to it but no current flow will not cause ignition. When current flows through a circuit, heat is produced throughout in proportion to the resistance at any particular point. For a constant voltage, the current flow through a circuit is inversely proportional to the resistance—the greater the resistance the smaller the current flow. The total resistance of a circuit determines the

CRANSTON BL 00010 2211

current flow (at a certain voltage) and thus the total rate of heat production (watts). The distribution of the resistance throughout the circuit determines where the heat will be concentrated. The points of high resistance can be where a portion of the conductor size is smaller (as discussed previously), where the conductor material is different (as in an electric heater), and at connection points (ends) where poor electrical contacts or splices are made. Good practice calls for the latter to be made in protective enclosures (i.e., Romex® can be used inside walls but boxes must be used to enclose any junction).

In order to minimize heat build-up at connections, the full cross-sectional area of the conductor must be maintained and positive contact between the conductors must be ensured. This means that no oxide or other films or foreign material can appear between the conductors.

An example of the first case would be the use of the inexpensive "zip" cord plugs that are installed by merely pushing the cord into a slot in the opened plug and then pushing the plug back together. The connection to the wire is made by needlelike points being pushed through the insulation and into the conductor. The cross-sectional area is diminished at this point and, if used for anything other than perhaps a clock or small lamp, excessive heating can occur. Frequently, draperies cover wall outlets and poor contacts in such a plug can cause ignition.

An example of the second case may be the make-or-break contacts in switches, thermostats, and other controls. The pressure, alignment, and cleanliness needed to assure good connections can all degrade with time. Poor connections such as loose screws, poorly soldered connections, and improper connection techniques (especially with aluminum wire) also provide opportunity for contact resistance fire risks. Vibration apparently caused the contacts in the 240 V receptacle in Figure 10-3 to loosen. Heat from the loose connection degraded the plastic insulator until it ignited.

## Aluminum Wiring

Aluminum is being used for electrical conductors with increasing frequency because of the spiraling cost of copper. Since aluminum is a poorer conductor than copper, to carry the same current as a copper conductor safely, the aluminum conductor must be larger. However, since it is lighter, less conductor weight is required. Since the cost per pound is considerably less than copper, aluminum is overall cheaper to use.

The major problem with aluminum is that of making mechanical connections. Difficulties with aluminum wiring are found not in the wire span but at the ends where the connections are made. Unsatisfactory performance has resulted from directly substituting aluminum wire for copper, for example, using the fittings, receptacles, and switches that were designed for copper wire. The quality of the installer's work is critical to avoid problems that result from aluminum's peculiar physical and chemical properties. Here are some points to keep in mind.

First, the electrical conductivity of aluminum is somewhat poorer than copper. As a general rule of thumb, aluminum wire should be two sizes larger (two smaller AWG numbers) than its copper equivalent. Wire tables should be consulted for exact confirmation. This requirement may be overlooked by some installers.

Second, aluminum is very chemically active. Exposed surfaces always have an oxide coating. This oxide film acts as an insulator and is a major problem in making electrical