# EXHIBIT C

# Investigating Electrical Fires

Publications

- Coming to Grips With Article 430
- Proposed Changes to Article 210
- UL's Listing Process
- **Investigating Electrical Fires**
- Regulating the Recycled Equipment Market
- Tooling Around
- Ask the Experts

printer version
email page

*necdigest™, Fall 2003*
*by Alan S. Brown*

- Blame game
- Training
- NFPA 921
- Origins
- Back to the source
- Resistance
- Arcing
- Overcurrent and shorts
- Appliances
- Complex events

Ask any experienced fire investigator and he or she will say that local fire and police commonly misdiagnose electrical fires. They may misidentify or fail to identify electricity as a cause, or simply label a fire as "electrical" without ever explaining exactly what happened.

It has become axiomatic: fire investigators tend to blame fires on that which they understand least, and that is electricity.

The implications go beyond merely understanding why a fire began. According to the National Fire Protection Association (NFPA), electrical distribution failures each year are blamed for causing more than 40,000 fires, 325 deaths, 1350 injuries, and $640 million in damages. While the numbers certainly include inaccuracies, they provide a good order-of- magnitude snapshot of the problem.

A more precise understanding of how and why these fires occur could help regulators target dangerous practices and products. They might suggest ways to improve the *National Electrical Code®* (*NEC®*). And because fire findings frequently form the basis for liability and insurance lawsuits, better data might conceivably reduce pointless litigation and prolonged insurance claims.

**Blame game**
What makes electrical fires so hard to pin down is that electricity is everywhere. US households contain more than 2 billion electrical receptacles. Businesses probably house billions more. Given today's proliferation of electronics, a single receptacle may power multiple appliances through multiple extension cords.

As a result, any fire is likely to occur near an electrical source. Afterwards, it is often difficult to tell the difference between charred wires that have been burnt in a fire from those that caused a fire. "A fire investigator will walk in and determine where a fire started. He'll see a lamp, a television, or coffee maker, and call it an electrical fire," says Bill Buckley.

Buckley should know. As a former fire service arson squad member and now director of fire investigations for FTI Consulting Inc. (Tampa, Fla.), he estimates that he has examined about 5000 fires.

A recent project highlights his contention. Six months ago, a local fire department traced a house fire to a lamp with a step-on floor switch located next to a couch. The homeowner sued to recover damages from the lamp manufacturer. The latter hired FTI to examine the lamp.

"We disassembled the lamp," says Buckley. "The plastic in the floor switch had melted, so we X-rayed it. We found no signs of failure, such as notched or melted metal contacts. We dismantled the bulb and found no failure there.

"We examined what was left of the power cord. If the wire had been live, it would have arced when the fire burned off the insulation. Arcing expels copper, creating notches or severing wires and leaving telltale beads on the ends, but this cord was intact."

Since the lamp shows no sign of electrical failure, Buckley believes the fire began elsewhere. "It could have been caused by a cigarette, if they were smokers," he says. "Someone would have to interview these people about their other activities because the lamp had nothing to do with it."

**Training**
Local organizations, says Buckley, "don't always follow through and ask enough questions. They don't always have the means, methods, or training." Jack L. Sanderson, president of Fire Findings Laboratories LLC (St. Joseph, Mich.) goes further. He believes most fires are never seriously investigated.

Sanderson recalls one fire that looked like a clear case of overcurrent, when a conductor heats up and starts a fire from carrying too much current. "It looked cut and dried. All the wires going out of the junction boxes showed signs of overheating near the box, a textbook sign of overcurrent. No one bothered to take the lid off the junction box, because inside the wires were all fine. It was arson. Someone had torched the outside wires to make it look like an accident."

The ruse might have worked, says Sanderson, because fire services are most familiar with overcurrent and always look for its signs. They found what they were looking for. "Yet that is only one of the ways electricity can cause fires, and the one circuit breakers and fuses are designed to protect against," he continues. "It's also the least common. In 30 years, I've only seen absolute evidence of overcurrent in household wiring two or three times, and in each case someone put a penny in the fusebox to defeat the fuse."

**NFPA 921**
Experienced fire investigators understand that local fire services often lack the training to dig beyond the basics. Yet most also believe that fire investigation has come a long way in the past 15 years. Training, classes, and journals abound. In part, this is due to court rulings, such as *Daubert vs. Merrill Dow Pharmaceuticals,* that have set a higher bar for scientific evidence in legal proceedings.

Before the 1993 *Daubert* decision, opposing camps often fought liability and other legal battles by hurling armies of expert witnesses at one another. *Daubert* empowers judges to act as referees, determining which scientific experts are reliable enough to testify in court. In practice, this comes down to whether a professional follows the industry's "standard of care" for collecting and analyzing evidence.

Fire investigators must pass the *Daubert* test when they testify during liability, arson, and insurance trials. "The courts want to know what caused a fire, but they also want to know what else we looked at, what we eliminated as causes, and why we eliminated it. If we say a computer caused a fire, they want to know if we also looked at the branch circuit and evidence of rats chewing on the cord," says Daniel L. Churchward, president of fire consultancy Kodiak Enterprises Inc. (Ft. Wayne, IN).

Fortunately, fire investigators already had a standard of care in place: NFPA 921, *Guide for Fire and Explosion Investigations*. It is the only peer reviewed, consensus document on fire investigation in the world, says Churchward, who chairs the NFPA Technical Committee on Fire Investigations.

NFPA 921 does more than set standards for fire investigation methodology. It provides investigators of electrical fires with an essential guide. NFPA 921 elaborates the causes of electrical fire and describes how to interpret fire damage to electrical systems. It also discusses potentially misleading clues. It notes, for example, that undersized conductors, overfused protection, nicked or gouged conductors, and cracked insulation, are not by themselves proof of a fire's cause.

**Origins**
NFPA 921's best practices start with fire investigation. Like other experienced investigators, Churchward says there is no such thing as an electrical fire. "Electricity may be the cause, but that doesn't tell you the heat source, the fuel it ignited, and how the two came into contact."

To find out, investigators must pinpoint a fire's origin. Fire services do this uniformly well, says David Smith, president of Associated Fire Consultants and the International Fire Service Training Association (IFSTA) representative to NFPA's Fire Investigations committee. "They evaluate thermal patterns from areas consumed by fire and patterns left on noncombustible items like sheetrock. Some areas release more heat because of ventilation or fuel. A trained investigator can read those patterns and make determinations."

Large fires burn away most evidence, but electrical circuits can lead investigators to a fire's origin. Fires char the polyvinyl chloride (PVC) insulation on wires. This makes PVC a semiconductor. If the wire is still live, current will then arc across it. This often severs the wire, cutting off current downstream of the arc. This means the arc furthest away from the power source is located closest to the fire.

Fire causes arcing, but arcing can also cause fires. This can lead to what Smith calls "cause hunting."

"In a typical cause, an undertrained investigator will go in, find a cord with arcing on it, and make a decision that that's where the fire began. That's analogous to asking whether the occupant smokes and then saying it looks like a smoking fire."

**Back to the source**
Wiring is suspect because it remains a potential source of heat. The only way to tell if it contributed to a fire is to evaluate it in the context of the fuel it might have ignited, says Churchward. "The key is to eliminate heat sources and fuel packages until only a few are left," he explains. "In a kitchen fire, you might have 20 items. A trained investigator might narrow those down to five possibilities, but might have to take evidence back to a lab to determine the most probable cause."

Because many fires leave no evidence of a smoking gun behind, Churchward also suggests a complete analysis of the entire electrical system to see if wiring caused a fire. This starts at the power pole transformer. "We follow service into home, document and note how the power is regulated, look at the meter, and examine the fuse or primary circuit breaker," he explains.

"We evaluate the load center to see if it looks like a professional job or a bird's nest. We evaluate overcurrent protection. Are the fuses or circuit breakers properly sized for the wires connected to them? If the system is properly designed, overcurrent protection should protect [it] from short circuits. But circuit breakers can fail if they are too big, mechanically broken, improperly manufactured, or damaged by lightning."

**Resistance**
From the load center, investigators attempt to track the wire to the fire's origin. From there, they look for one or more of the ways electrical failures can cause fires: high-resistance connections, arcing between locknuts and enclosures, equipment grounding conductor too small, loose connections, brittle and discolored insulation, oversize overcurrent protection, ground faults and short circuits.

Experienced investigators uniformly cite high-resistance connections as the most common electrical cause of fires. Loose connections, such as an untightened screw in a terminal, heat up and expand when powered. This encourages the copper wire to react with oxygen in the air. The resulting copper oxides are more resistive than copper. That causes them to heat up more than the surrounding wire, encouraging even more oxidation.

According to NFPA 921, a well-developed oxide can reach 30-40 Watts on a 15-20 Amp circuit. That is hot enough to glow and ignite surrounding fuel. Fortunately, most loose connections occur in boxes or appliances where fuel is limited.

High-resistance connections are easily recognized by evidence of localized heating. They show greater oxidation and more damage than surrounding metals found in a fire. They may look distorted or show signs of pitting or lost mass.

Like a ticking bomb, loose connections can stay active for years without triggering a problem. Buckley recalls an air blower in a ceiling that was installed two years prior to a fire. "You could see evidence of a high-resistance connection, but nothing happened until the owner insulated the ceiling. This kept the heat from dissipating. The wire's insulation eventually caught fire, and it set the cellulose insulation in the attic on fire."

Many investigators believe certain types of connectors are prone to high-resistance connections. One of them is Chris W. Korinek, president of Synergy Technologies LLC (Cedarburg, WI) and author of the chapter on electrical fires in *Kirk's Fire Investigation* (Fourth Edition, 1997, Prentice Hall, Upper Saddle River, N.J.). He believes quick -disconnect tabs, which are crimped onto a wire, are prone to loose connections. "These are designed for use with a specialized pair of pliers. If you use the wrong pair, you might get a lose connection," he says.

Sanderson sees potential problems with receptacles that allow users to slide a wire into a spring-loaded connection. "These are made and listed by testing laboratories as intended for use with solid conductors only, but people sometimes use them for stranded conductors instead," he explains. "Or someone will insert a wire, then take it out using a screwdriver to bend back the spring. It may not hold as tight the second time they insert the wire. Other models just may not provide as much contact between the receptacle bus bar and wire."

"It drives me nuts that people won't blame high-resistance connections for fires," says Churchward. "You'll see the blade arced off an electrical plug and people will blame the product before they blame the outlet and connection. I know of very low wattage devices that are routinely blamed for failures when it's really the outlet." Quite often it is the receptacle contacts that have lost their gripping tension from plugs inserted and removed over a period of time, resulting in a loose connection between the plug blades and the receptacle.

"I guess that's human nature. With 40 or 50 outlets all over their home, maybe people turn a blind eye because they don't want to think about possible loose connections."

**Arcing**
Arcs are another potential cause of fire. NFPA 921 defines an arc as a high-temperature luminous electric discharge across a gap, and they can reach temperatures of several thousand degrees. Because it takes a difference of 350 V for an arc to jump an air gap, arcs rarely occur in 120/240-V systems. However, it is much easier for arcs to jump across insulation that has degraded, cracked, or charred.

PVC insulation can fail in a number of different ways. Someone might put a plug in a receptacle, then back a television or refrigerator into it. Or put an extension under a piece of furniture that causes the PVC to creep. Or run a cord under a rug where it abrades over the years. The damage might allow small arcs to pass from wire to wire. Each arc would char the PVC, making it more conductive and more prone to arcing.

Heat can also break down PVC through a process called dry arc tracking. Korinek recalls a homeowner who replaced a 15 Amp circuit breaker with a 30 Amp device after increasing the load on the line. "The line ran through the attic, which had little insulation and very good heat dissipation," he relates. "For a couple of years, there was no problem. Then he insulated the attic.

"The insulation trapped the heat, so when the lines were running current, they carbonized the insulation. It turned brown and black and charred. The current passed through the char, and over time the amount of current increased and increased until it began arcing, glowing, and spewing molten particles that ignited the cellulose insulation in the attic."

Dry arc tracking has a wet counterpart. Current will flow through water or moisture contaminated with dirt, dust, salts, or minerals. Most of the time, current will heat the path and evaporate the liquid. But if the moisture is continuously replenished, the resulting heat could degrade insulation or even create an electrical pathway from contaminants left behind when the moisture evaporates.

Korinek says aquariums are really fertile grounds for electrical fires. "The first time I got a call, I thought, 'This is insane with all that water around. But I must have investigated five of them in the past two or three years. Salt water is a real problem. It can bridge between the hot wire and ground and char the insulation.

"If you don't have a glass cover over the light, the bubbler in the tank will spray salt water onto the fluorescent light's connections. Plus you have electrical components in the water. I've seen aquariums with 32 separate electrical cords. Pumps, filters, and heaters can all cause problems," says Korinek.

**Overcurrent and shorts**

Most fire investigators believe overcurrent in an electrical system rarely causes fires. This is because circuit breakers and fuses protect against it. Unfortunately, those devices are not designed to protect against overcurrent past the receptacle. That means they may not protect against overcurrent and heating in power strips and extension cords.

"I think we see it a lot, and the worst culprit is the extension cord," says Smith. "The cheapest, lightest gauge cord works just fine for a lamp, but it has three other outlets on it. People believe that gives them three more appliances they can plug into it." He also sees daisy chained power strips. "One might power a computer, monitor, and printer, and that plugs into a strip with the TV and stereo, and maybe there's a third strip with a space heater."

"If you put too many appliances on it, you'll blow the breaker," Smith continues. "But if you don't exceed load and the wire's gauge is not large enough, it begins to heat up."

Yet even without extension cords, overcurrent can be an issue, says fire consultant Mark E. Goodson of Denton, TX. Goodson demonstrated this by running ordinary nonmetallic sheathed cable through a wall and insulated the space with expanding polyurethane foam. "One of things we saw," says Goodson, "is that when you ran a 20-Amp rated wire at 20 Amps, it exceeded the temperature rating allowed by Underwriters Laboratories Inc. (UL) and NFPA. It reached 95-100° C, compared to its 90° C allowable."

**Appliances**
While appliances are not part of the electrical system, they are certainly implicated in many electrical fires. For the most part, fire investigators give manufacturers high grades for their products. More often, they say, the problem is abuse and misuse of the appliance, or using it in the wrong environment.

"Appliances are blamed for fires continually," says Smith. "Obviously, there is a failure rate associated with appliances. But most of the time, it's abuse of the appliance rather than a manufacturing defect."

Smith ticks off several: Pushing appliances or furniture against a plug, which bends the cord, degrades the insulation, and sets up resistance heating. Setting couches on top of electrical cords. Pulling plugs out of a socket by their wires. Dropping small appliances and continuing to use them. Running high-load appliances on thin gauge extension cords and then wrapping the cords around a table leg (which acts like an insulator) to keep them out of the way.

Korinek points to dryers as a common trouble spot because they combine large heating elements and easily combustible lint and dry clothing. A typical failure might occur when a dryer's control thermostat breaks. This may go undetected because the dryer can run on its high-limit thermostat. The latter, however, is designed as a last line of defense, and is made to last only a limited number of cycles. It will eventually fail, causing extreme heating.

**Complex events**
Despite the many ways electrical systems can fail, it is not easy to ignite fires. Fire investigators uniformly state that most electrical fires are the result of complex events that occur over time. They may involve several mechanisms. An oversized circuit breaker may cause a wire in an attic to heat up, but it may not pose a threat until insulation traps the heat and the wires begin to char. Overcurrents may accelerate resistive heating and insulation charring.

Often, these warning signs are ignored. A homeowner may reset a circuit breaker even when it cuts out several times in a row. He or she may ignore a hot extension cord, or fail to notice signs of melting on a plug.

Just as often, though, we don't truly understand why electrical systems fail, says Vytensis Babrauskas, president of Fire Science and Technology Inc. (Issaquah, Wash.). "The United States has done zero research into electrical fires," he says.

According to Babrauskas, most electrical failure research today comes from Japan. Because it is written in Japanese, it is inaccessible to most US fire investigators. They have, for example, built robots to flex plugs until they fail. They have also investigated PVC arc tracking. "PVC's the worst material in terms of arc tracking," says Babrauskas. "Its molecular structure makes it susceptible."

Yet more research may be in the works, says William King, the US Consumer Products Safety Commission's (CPSC) chief engineer for electrical and fire safety. He hopes to more fully characterize aging electrical systems in order to improve home fire safety.

King notes that most electrical fires occur in buildings with older wiring. Perhaps they were not built to carry today's electrical loads. Maybe conductors have oxidized or corroded and insulators have grown embrittled and lost their dielectric strength.

"We want to be more definitive about certain generations of wiring systems," says King. "Can we make some generalizations about the behavior of rubber insulation from the 1930s or plastics from the 1950s. What about fuses? Or circuit protection? We want to be as definitive as possible."

That will require better fire reporting, says King. "A lot of reports are skimpy when it comes to clues about what actually caused a fire," he explains. "The report may say it's a short or an overload, but that's a generic cause without any clue how to address it. Was it degradation over time, overloading old wires, or failure of a component."

King says CPSC has begun working with NFPA's Fire Protection Research Foundation on a three-year proposal to improve electrical wiring fire investigation reports. "We want to collect samples from older buildings," says King. "We want to know if older circuit breakers are in calibration, or if they're working at all. We want to look at wires and insulation.

"We've heard allegations over the years, but there is no real objective research. The mentality out there is to wire it and forget it. This thinking is pervasive not only among people who wire residences, but among those who do industrial, military, and commercial structures as well."

It sounds like an ambitious program. But CPSC has run similar programs in the past. In the 1980s, CPSC paid some jurisdictions to provide more in-depth reports about electrical fires, says King. Those reports were used to analyze what new technologies might best reduce the risk of electrical fire. The results showed up in 1999, when NFPA adopted arc fault circuit interrupters (AFCIs) for bedroom use in NEC 210.12. King hopes CPSC's latest initiative suggests new avenues for improvements.

Thanks to NFPA 921 and the *Daubert* decision, he will find fire investigation is a more technically proficient profession than it was two decades ago. It may well prove more amenable to better reporting. Yet investigations of electrical fires will continue to remain as much an art as a science. While the improved training given to local fire inspectors is a positive development, experience will continue to make a difference.

top of page

NFPA Mission: Reduce the worldwide burden of fire and other hazards on the quality of life by providing and advocating consensus codes and standards, research, training, and education. More about NFPA.

Advertising · Privacy Policy Terms of Use Help
© Copyright 2007, NFPA. All rights reserved.

URL: http://www.nfpa.org/itemDetail.asp?categoryID=556&itemID=18397&URL=Publications/necdigest/necdigest%20Magazine/necdigest%20archives/Winter%202003/Investigating%20Electrical%20Fires&cookie%5Ftest=1