# EXHIBIT E

**THIELSCH ENGINEERING, INC.**
**195 FRANCES AVENUE**
**CRANSTON, RHODE ISLAND 02910**

**PRELIMINARY**

# INSPECTION AND LABORATORY EXAMINATIONS OF A GENERAL ELECTRIC WATER DISPENSER INVOLVED IN A FIRE AT 76 WILLET AVENUE, EAST PROVIDENCE, RHODE ISLAND

LAW OFFICE OF STUART BLACKBURN
WINDSOR LOCKES, CONNECTICUT

Ara Nalbandian, P.E.

Michael Cooney

September 29, 2004

Report No. 11216

## INTRODUCTION

A fire occurred at 76 Willet Avenue, East Providence, Rhode Island on February 27, 2004 that resulted in substantial fire and smoke damage to the residence. A General Electric water dispenser that was present in the kitchen of the residence was identified as the probable source of the fire. Thielsch Engineering was requested to perform an inspection and laboratory examinations of the water dispenser to establish the probable cause(s) of fire initiation.

## BACKGROUND INFORMATION

An on-site fire investigation was performed by Crawford Investigative Services. Photographs taken by Crawford were provided to Thielsch Engineering. The photographs were organized by location within the house and are provided in Appendix A of this report.

The water dispenser present in the kitchen at 76 Willet Avenue, East Providence, Rhode Island on February 27, 2004 during the fire was a General Electric unit, Model GXCF05D. This unit was designed to provide both hot and cold water for potable use. The owner's manual for this GE Water Dispenser is included in Appendix B.

It was indicated by the home owner that the hot water output and temperature from this water dispenser was not sufficient to make a cup of coffee. There were no observed leaks from the water dispenser prior to the incident.

The fire occurred during the period in which the home owner was not present in the house.

## INSPECTION OF WATER DISPENSER ON MAY 7, 2004

An initial inspection of the water dispenser of concern was performed by Thielsch Engineering personnel on May 7, 2004 at the State of Rhode Island Fire Investigation facility in North Kingstown, Rhode Island. This inspection consisted of visual examination and photographic documentation. Overall and close-up views illustrating the observations made during the initial visual inspection of the water dispenser are provided in Figs. 1 through 10.

Overall views of the right side (looking from the front) of the water dispenser are shown in Fig. 1. Overall views of the left side of the water dispenser are provided in Fig. 2. A burn pattern was evident on the left side of the water dispenser originating at approximately the top of the louvered vents. Overall views of the front and back of the water dispenser are shown in Fig. 3.

Various additional overall and close-up views illustrating the damage incurred by the water dispenser (i.e., melted plastic from the cabinet and wire insulation, and charred and burned thermal insulation associated with the hot water) are provided in Figs. 4 through 9. Views of a water connection associated with the water dispenser are shown in Fig. 10. The source of the fire was not evident from the initial visual examination, therefore it was recommended that destructive laboratory examinations be performed on the water dispenser to establish the source and possible cause(s) of the fire.

## LABORATORY EXAMINATIONS

The damaged water dispenser shown in Fig. 11 was received at the Thielsch Engineering laboratory for disassembly and destructive examinations, During this process the unit and disassembled parts were subjected to visual examination, Energy Dispersive X-Ray Spectroscopy and metallurgical examinations.

### Visual Examination

The visual examination in the laboratory was performed in a similar manner to the prior visual inspection on May 7, 2004. Overall and close-up views of the water dispenser in the laboratory before any disassembly was performed are provided in Figs. 11 through 15. The water dispenser was then disassembled to remove the hot water tank/heater assembly. Figs. 16 through 20 illustrate the steps taken (wires cut and cold water tank removed) to allow for removal of the hot water tank/heater assembly.

Overall views of the hot water tank/heater assembly are shown in Fig. 21 after it had been removed from the water dispenser. A layer of black insulation material was present over the outside diameter surface of the hot water tank/heater assembly. Debris had accumulated on the surface of the insulation as a result of the fire. The top of the hot water tank/heater assembly is shown in the top right photograph and the bottom is shown in the bottom right photograph in Fig. 21. One tube is evident on the top of the vessel and one tube is evident on the bottom of the vessel. A second penetration was present on the top of the vessel, the nozzle for the second top penetration had separated from the vessel.

The insulation was removed from the outside diameter surface of the hot water tank/heater assembly as shown in Figs. 22 and 23. The second nozzle on the top of the vessel was in the penetration through the insulation. Rust-colored and white deposits were observed on the inside surface of the insulation that had been covering the top of the hot water tank/heater assembly.

Views of the labeled wires associated with the hot water tank/heater assembly are provided in Fig. 24.

Close-up views of the outside diameter surface of the top of the hot water tank/heater and the mating inside surface of the insulation are shown in Fig. 25. The extent of the rust-colored and white deposits is clearly evident. Both nozzles associated with the top of the hot water tank/heater had separated from the top of the vessel due to cracking, apparent in the middle photograph in Fig. 25. The nozzle present in the insulation from the top of the vessel is illustrated in the bottom photograph of Fig. 25.

The top of the hot water tank/heater was removed by cutting with an abrasive cut-off wheel as shown in the overall views in Fig. 26. Areas of rusting were evident on the inside diameter surface of the top head and the cylinder portion of the vessel. Cracks were evident along the inside diameter surface of the top in the rust-colored regions. These are indicated by arrows in Fig. 26. Overall and close-up views of the inside diameter surface of the cylinder portion of the hot water tank/heater are provided in Figs. 27 through 30. Rust-colored deposits with small-diameter pits were evident along the inside diameter surface of the cylinder as indicated by arrows in Figs. 27 through 29. The heating coil is also evident in Figs. 27 through 29. Evidence of damage or degradation to the heating coil was not observed.

Close-up views of the temperature sensors (top and middle photographs) and the electrical connections (bottom photograph) on the outside surface of the hot water tank/heater associated with the heating coil are shown in Fig. 30. A significant accumulation of corrosion product/deposit was evident at the temperature sensors. Evidence indicative of electrical arcing or shorts was not observed.

The tubes associated with the two bottom nozzles on the hot water tank/heater are shown in Figs. 31 and 32. A heavy black discoloration was observed on the tube shown in Fig. 31.

### Energy Dispersive X-Ray Spectroscopy (EDS) Examination

Energy Dispersive X-Ray Spectroscopy (EDS) was performed at locations that exhibited corrosion degradation along the outside and inside diameter surfaces and on the external insulation that had been installed over the hot water tank/heater. The purpose of the EDS analysis was to establish the elemental composition of the deposits at the areas examined. Locations 1 and 2, identified in Fig. 25, were selected as representative areas along the outside diameter surface of the hot water tank/heater. Location 3 represents the insulation. Locations 4 and 5, shown in Fig. 26, were the areas selected to represent the inside diameter surface. The Energy Dispersive spectral plots recorded at Locations 1 through 5 are provided in Figs. 33 through 37, respectively.

Chlorine (Cl) was detected in the deposits/corrosion product associated with the corroded regions/cracks at Locations 1 through 4. The level of chlorine was higher on the outside diameter surface than on the inside diameter surface. Aqueous chlorides are known to contribute to both pitting corrosion and stress corrosion cracking (SCC) on austenitic stainless steels (the hot water tank/heater was specified to be AISI Type 304L stainless steel). The external insulation, Location 3, on the hot water tank/heater contained extremely high levels of chlorine, indicating it to be a major source of the chlorine detected at Locations 1, 2, 4 and 5.

### Metallurgical Examination

For the purposes of metallurgical evaluation, cross section "A-A" was cut from the hot water tank/heater as shown in Fig. 25. Subsegments were removed from the cross section, mounted in bakelite and then surface ground, polished and etched with ASTM reagent No. 89 to delineate the microstructure.

Cross Section "A-A"

An overall view of cross section "A-A" is shown at a magnification of 1X in Fig. 38. The cross section was taken from the top of the hot water tank/heater and spanned from one of the nozzle penetrations to the cylinder.

A photomacrograph (magnification 10X) of cross section "A-A" is shown in Fig. 39. Cracking and corrosion attack were evident on the stainless steel material. Diamond Pyramid (DPH) microhardness determinations were made as indicated. The corresponding Brinell hardness numbers ranged from 169 BHN to 220 BHN. The Brinell hardness values of 169 BHN through 187 BHN are indicative of annealed austenitic stainless steel sheet. The 213 BHN and 220 BHN values are indicative of cold worked austenitic stainless steel (near the top to the cylinder joint). Areas "$A_2$" and "$A_3$" were selected for examination at higher magnifications.

Areas "$A_2$" and "$A_3$" , Figs. 40 and 41, respectively, illustrate the cracking and corrosion on the hot water tank/heater. The cracking had propagated in a transgranular manner and contained branching. These characteristics are consistent with chloride stress corrosion cracking (SCC). The chloride SCC had initiated along the outside diameter surface on this cross section. The cracks were extremely wide, indicating that chloride corrosion was the predominant factor that caused the chloride SCC.

The microstructure consisted of equiaxed austenite grains with twinning, typical for an austenitic stainless steel such as an AISI Type 304L or 316L stainless steel sheet. Evidence of a material discrepancy was not observed.

## DISCUSSION

Visual examination of the GE water dispenser revealed a burn pattern clearly indicating the source of the fire to have been on the left side of the unit (looking from the front). Disassembly of the water dispenser revealed the source of the heat that caused the fire to be in the vicinity of the hot water tank/heater assembly. The hot water tank/heater was

removed from the water dispenser by cutting the electrical wires associated with the hot water tank (along the length of the wires, not near a connection) and removing the mounting screws.

When the external insulation on the hot water tank/heater was removed, extensive corrosion and cracking were evident on the outside diameter surface of the stainless steel tank, particularly at the top. The top was removed from the tank by cutting with an abrasive wheel.

The inside diameter surface of the tank also exhibited cracking and corrosion pitting on the top of the tank. Some of the cracks extended through the wall thickness. The length of the cracks was greater on the outside diameter surface than on the inside diameter surface. The cylinder wall exhibited pitting corrosion over approximately the top 2/3 of the inside surface of the tank.

Metallurgical examination confirmed that the cracking had occurred from the outside diameter surface to the inside diameter surface of the tank. Since water is not typically present on the outside diameter surface of the tank, the most likely source of the water would have been leakage of water from one of the water tube connections/nozzles on the top of the tank. Due to the severity of the stress corrosion cracking (SCC) degradation to the nozzles, the quality of the nozzle top joint (of the hot water tank) could not be determined. However, the two most probable causes of leakage of hot water from the top nozzles would have been either a faulty braze joint or inadequate sealing of the rubber tube. Another possible source of water could have been from above the hot water tank/heater, such as from the cold water tank or a leak in the potable water supply line to the water dispenser.

The Energy Dispersive X-Ray Spectroscopy (EDS) examination revealed the presence of high chlorine levels in the insulation on the hot water tank/heater assembly. Chlorides dissolved in water (aqueous chlorides) can result in both chloride pitting corrosion and chloride SCC on austenitic stainless steels such AISI Type 304L stainless steel of which the hot water tank/heater was fabricated.

For aqueous chloride pitting corrosion to occur in Type 304L stainless steel, a critical pitting temperature of approximately 70°F must be reached. This would have been reached in the hot water tank/heater which heated the potable water to approximately 190°F.

Chloride SCC in austenitic stainless steels requires aqueous chlorides, a sufficient tensile stress and a high enough temperature (approximately 150°F). The chlorides appear to have been introduced from the external insulation, therefore the initial corrosion attack and SCC would have occurred from the outside diameter surface and, as discussed above, the source of water would have been either a bad braze joint between the nozzle and the tank top, a faulty seal between the rubber hose and the stainless steel nozzle or from a source above the hot water tank/heater. Once the SCC and corrosion pits had propagated through the entire thickness of the top of the hot water tank around the nozzle, it is likely that chlorides would have entered the hot water tank resulting in the chloride pitting corrosion observed on the inside diameter surface.

Two heat senors were located on the outside surface of the cylinder wall. Some of the water that leaked from the top of the tank flowed down the outside side wall to these sensors as evidenced by streaks of corrosion product and deposits along the outside diameter surface of the hot water tank leading to the sensors. Corrosion product/deposit accumulation was observed on these sensors. The oxide generated by the corrosion reaction would have acted as an insulator and prevented proper functioning of the sensors. If the sensors did not send the proper signal back to the relay switch to indicate that the water in the tank had reached its set point, the heater would have remained on continuously. The heat generated from the heater being on continuously combined with water leaking from the cracks and corrosion pits at the top of the hot water tank could have generated enough heat to ignite combustible plastic in the water dispenser or adjacent combustible material in the kitchen.

## CONCLUSIONS

Thielsch Engineering performed an inspection and laboratory examinations of a General Electric water dispenser that was involved in a fire at 76 Willet Avenue in East Providence, Rhode Island.

The results of the visual examination revealed that the upper left panel of the water dispenser was exposed to a localized fire adjacent to the heating coil of the unit. Moreover, the results of the metallurgical examination revealed that the stainless steel tank was subject to cracking and corrosion pitting. The cracking had occurred from the outside surface and penetrated through the wall thickness as a result of stress corrosion. The stress corrosion cracking of the stainless steel tank is attributed to the presence of high chloride levels in the insulation on the hot water tank/heater assembly.

The presence of stress corrosion cracking in the stainless steel tank and the corrosion deposits on the two heat sensors located on the outside surface of the cylinder wall, further indicate that in the absence of proper temperature sensor response, the heater coil generated sufficient heat to cause localized burning and the fire that occurred on February 27, 2004.

Based upon the results of the inspection and examinations, it is apparent that improper design and assembly of the GE water dispenser, using insulation with an extensive chloride content, contributed to and/or caused the failure of the unit and the resultant fire.