IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br><br>Defendant | ) | No. CA 06 362 S |

**DEFENDANTS' OBJECTION TO PLAINTIFF HARTFORD INSURANCE COMPANY'S MOTION FOR TIME IN WHICH TO DISCLOSE EXPERT WITNESS**

NOW COME the Defendants, MIDEA USA, INC. and GENERAL ELECTRIC COMPANY, and hereby object to Plaintiff, HARTFORD INSURANCE COMPANY'S Motion for an Extension of Time to Disclose Expert Witnesses due to: (1) Plaintiff's failure to comply with Local Rule 7(a); (2) Plaintiff's inability to satisfy the requirements set forth in Rule 6(b); and (3) other reasons more fully set forth in their separate Memorandum of Law. Plaintiff has not complied with Local Rule 7(a) by failing to attach a supporting memorandum explaining either the relevant facts or authorities which warrant the Court granting them additional time to retain and disclose an expert witness in this matter. Plaintiff has failed to comply with Rule 6(b) in that they have not demonstrated that their failure to disclose qualified causation experts "was the result of excusable neglect". Furthermore, because Plaintiff's request was filed only after the issuance of Magistrate Judge Almond's Report and Recommendation dated October 2, 2007, the proposed extension of time is highly prejudicial to Defendants.

Defendants files with this Motion their Memorandum in Support of their Objections to Plaintiff's Motion for Time in which to Disclose Expert Witnesses.

WHEREFORE, these Defendants hereby request that Plaintiff's Motion for Time in which to Disclose Expert Witnesses filed on October 10, 2007, be denied.

Dated: October 19, 2007

/s/ Rodd E. Elges, Esq.
DOMINICK W. SAVAIANO
RODD E. ELGES
CLAUSEN MILLER P.C.
Firm I.D. No. 90181
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
dsavaiano@clausen.com
relges@clausen.com
Attorneys for Defendants

AND

/s/ Joseph-Anthony DiMaio, Esq.
Joseph-Anthony DiMaio, Esq.
Attorney #3910
McKinnon & Harwood
1168 Newport Avenue
Pawtucket RI 02861
(401) 723-9655
contact@mckinnonharwood.com

## CERTIFICATE OF MAILING AND ELECTRONIC SERVICE

I hereby certify that a true and correct copy of the above and foregoing was mailed to the following attorney(s) of record with sufficient postage thereon, on the 19th day of October, 2007. I hereby further certify that a true and correct copy of the above and foregoing was transmitted electronically to the following attorney(s) of record, on the 19th day of October, 2007.

Mark Dana, Esq.
Robert A. D'Amico, II, Esq.
536 Atwells Ave., Suite 1
Providence, RI 02909
401.454.1212
Fax: 401.454.4809
rad@dblawri.com
mwd@mdlawri.com

Richard Ari Van Tienhoven, Esq.
Van Tienhoven & Cotter, Ltd.
312 South Main Street
Providence, Rhode Island 02903;
ravt.ksc@conversent.net

Erik Loftus
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
860.292.1116
eloftus@sbcglobal.net

Joseph-Anthony DiMaio
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, Rhode Island 02861
(401) 723-9655
Fax: (401) 722-9106
contact@mckinnonharwood.com

/s/ Rodd E. Elges
Rodd E. Elges
CLAUSEN MILLER P.C.
10 S. LaSalle St.
Chicago, Illinois 60603
Phone: (312) 855-1010