# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THE HARTFORD INSURANCE COMPANY, As Subrogee of Alberto Carvalhal :

v. : C.A. No.: 06-362S

GENERAL ELECTRIC COMPANY and MIDEA USA, INC. :

**PLAINTIFF HARTFORD INSURANCE COMPANY'S OBJECTION TO DEFENDANTS' MOTION TO PRECLUDE THE PLAINTIFF'S EXPERTS AND OBJECTION TO SUMMARY JUDGMENT**

NOW COMES the Plaintiff, The Hartford Insurance Company, and hereby moves this Honorable Court to deny the Defendants' motion to preclude its experts Hossein Davoodi, Ara Nalbandian and Michael Cooney. Further, the Plaintiff moves this Honorable Court to deny the Defendants' Motion for Summary Judgment as there is no basis for such a motion as the Plaintiff's experts must be allowed to testify as to their opinions in this matter.

In support of this Objection, the Plaintiff files a Memorandum of Law and a Statement of Disputed and Additional Undisputed Facts. In addition, the Plaintiff joins the Defendants' request for oral argument with respect to these issues.

WHEREFORE, Plaintiff Hartford Insurance Company requests this Court deny Defendants' Motion to Preclude its Experts as well as Defendants' Motion for Summary Judgment, and that Plaintiff be awarded its costs.

Case 1:06-cv-00362-S-LDA Document 47-1 Filed 06/22/2007 Page 2 of 2

THE PLAINTIFF,

By: /s/ Erik Loftus, Esq.

Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
2 Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
Tel. (860) 292-1116
Fax (860) 292-1221

/s/ Richard A. van Tienhoven

Richard A. van Tienhoven, Esq
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
Tel. (401) 454-5350
Fax (401) 454-5170