# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, As Subrogee of ALBERTO CARVALHAL | : | |
| VS. | : | C.A. NO.: 06-362S |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | : | |

**PLAINTIFF THE HARTFORD INSURANCE COMPANY'S RULE 26(a)(2)(B) DISCLOSURE OF EXPERT WITNESS**

**NAME AND ADDRESS OF WITNESS**

Ara Nalbandian
Thielsch Engineering
195 Frances Avenue
Cranston, RI 02910
(401) 467-6454

**SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Nalbandian is expected to testify concerning his investigation and opinions regarding the cause of the February 27, 2004 fire loss that occurred at the residence of Alberto and Eugenia Carvalhal, located at 76 Willet Ave., East Providence, Rhode Island.

**THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Nalbandian is expected to testify that, based upon his investigation and inspection, the cause of the February 27, 2004 fire was the GE hot/cold water dispenser located in the kitchen of the Carvalhal residence. Mr. Nalbandian is further expected to testify that the water dispenser was improperly designed and/or assembled so that the heater coil of the water

dispenser generated sufficient heat to cause localized burning and the resulting fire. Mr. Nalbandian's further opinions are expressed in the previously disclosed report dated September 29, 2004.

**SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION**

Mr. Nalbandian will testify based on his education and experience as a mechanical engineer, as well as his investigation and his inspections of the GE hot/cold water dispenser located, at the time of the fire, in the kitchen at 76 Willet Avenue, East Providence, Rhode Island. A list of Mr. Nalbandian's qualifications and fee schedule is attached. Mr. Nalbandian has no publications and does not keep a record of prior testimony.

Plaintiff, The Hartford Insurance Company,
As Subrogee of Alberto Carvalhal,
By its attorneys,

Richard A. van Tienhoven- #2628
Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax

/s/ Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax

***The Hartford Insurance Company, As Subrogee of Alberto Carvalho v. General Electric Company and Midea USA, Inc.***
***CA No. 06-362***

## CERTIFICATION

I, the undersigned, hereby certify that on this 13th day of December 2006, the foregoing was mailed, postage prepaid, to: **Joseph DiMaio, Esq.**, Law Offices of McKinnon & Harwood, 1168 Newport Avenue, Pawtucket, RI 02861; **Dominick W. Savaiano, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603; and **Rodd E. Elges, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603.

______________________________

# THIELSCH ENGINEERING, INC.
## ARA D. NALBANDIAN, P. E.

Ara D. Nalbandian is Vice President, Mechanical Engineering at Thielsch Engineering, Inc. From 1966 to 1986, he had been employed as Engineering Manager, Pipe Fitting Products Department, Research, Development and Engineering at ITT Grinnell Corporation. From 1965 to 1966, he was the Plant Engineer at the UNIROYAL plant in Providence, Rhode Island. At UNIROYAL he was extensively involved in the research and development of rubber formations as applicable to various rubber products ranging from industrial rubber and elastomer products to tires.

Ara Nalbandian is responsible for engineering, product design, design analysis (Finite Element Analysis) and failure analyses of pipe and piping components, pressure vessels, rotating machinery and other industrial plant equipment. He is also responsible for product evaluations, performance testing and qualifications, and failure analysis of products and components in sprinkler piping and other industrial piping systems. These activities have involved evaluation of various major technical problems, and the resolution of problems involving material engineering, mechanical engineering, metallurgical engineering, manufacturing processes, welding technologies, nondestructive examination and other aspects of plant equipment, operations and engineering. He has performed evaluations of automotive equipment, including trucks, automobiles, motorcycles, bicycles and aircraft subject to failures, accidents, corrosion, wear and other conditions of deterioration, including cause and origin determinations. He has also extensive experiences in the analyses of failures involving various products involving rubber and elastomer materials and the problems that occur as a result of proper and improper formulations.

He has been involved in many condition assessment projects involving all of the equipment, pressure vessels, heat exchangers, piping and other components in chemical process plants, refineries, pulp and paper mills, power plants, and other industrial plants. He similarly has extensively performed damage assessment in these types of plants as a result of fires and explosions.

Prior experiences included the evaluation of piping products for the Alyeska Pipeline and other pipeline installations under various environmental conditions, the development of welding and heat treating procedures for high strength steel materials, hydrostatic testing and stress analyses of extruded piping products subject to internal and external loading, the design and development of grooved end, bolted, welded, and other types of pipe couplings, fittings, valves, design and performance of unit heaters and solar heating and lighting equipment.

His experience in failure analyses includes various types of products, equipment and components installed in power plants, pulp and paper mills, mining, chemical and petrochemical plants and other industrial plants. Major failures have included boiler explosion, refinery and chemical plant fires, steam and gas turbines, compressors, gas generator, pumps, heat exchangers, reformers, reactors, heat treating furnaces, draglines, Yankee dryers, crank shafts, forging presses, aluminum smelters and electrolytical cells, extrusion presses, etc.

As part of his broad failure analyses experiences, Mr. Nalbandian has been involved with nearly every type of material and product form including metals, weldments, pressure vessels, piping, ceramics, rubber and elastomer products, wood products, concrete, etc.

He has extensive experience in casting and foundry technologies, hot and cold forming of ferrous and non-ferrous metals, molding of plastic piping products, fire and heat damage evaluations and research and development programs applicable to inspection, quality assurance and product qualification programs.

As a consulting engineer, he has extensive experience in the areas of product liability, patent infringement, litigation, and arbitration. He has provided expert testimony in the United States, Canada, Europe and Latin America. Mr. Nalbandian has also lectured at local and national engineering conferences, seminars and meetings.

He is familiar with nondestructive examination methods including: LP, MP, UT, RT and others. He has broad experience and knowledge of all phases of failure analyses and materials examination related to recovery boilers, power boilers, pressure vessels, headers, heaters, condensers, chillers, heat exchangers, steam and gas turbines, pumps, compressor, expanders, gears, valves, cement kilns, ball mills, Loesche mills, Yankee dryers, paper machine dryer rolls, crank shafts, etc.

Mr. Nalbandian is a member of the American Society of Mechanical Engineers, the National Society of Professional Engineers, the Rhode Island Society of Professional Engineers and the Providence Engineering Society.

Mr. Nalbandian has received B.S. and M.S. degrees from the University of Rhode Island in Mechanical Engineering and Industrial Management.

Mr. Nalbandian is an active participant and has served on major committees in various Standard and Code writing organizations, including those of the American National Standards Association, the Manufacturers Standardization Society for Valves and Fittings, the American Society for Mechanical Engineers, the American Waterworks Association and the Welding Research Council. He is familiar with ASME/ANSI Piping Codes, ASME Boiler and Pressure Vessel Codes, Federal, Military, Navy and Coast Guard Standards, National Fire Code and NFPA Standards, British, French, German, ISO and Japanese Standards.

In 1973, Mr. Nalbandian received the "Young Engineer of the Year" Award for the State of Rhode Island.

He is a Registered Professional Engineer in Rhode Island, Connecticut, Florida, Kentucky, South Carolina and Texas.

195 Frances Avenue • Cranston, Rhode Island 02910-2211 • Tel. (401) 467-6454 • Fax (401) 467-2398

# *Professional Engineering Division*

THIELSCH
ENGINEERING

## *Forensic Investigations and Litigation Preparation Engineering Services Rate Sheet*

| | Rates Per Hour |
|---|---|
| **Vice President Engineering** | |
| Expert Witness (Deposition/Trial Testimony) | $ 225.00 |
| Investigations and Engineering Analyses | $ 185.00 |
| **Principal Engineer** | |
| Expert Witness (Deposition/Trial Testimony) | $ 200.00 |
| Investigations and Engineering Analyses | $ 175.00 |
| **Senior Engineer** | |
| Expert Witness (Deposition/Trial Testimony) | $ 190.00 |
| Investigations and Engineering Analyses | $ 150.00 |
| **Engineer** | |
| Finite Element Analysis | $ 150.00 |
| **Engineering Technician/Technical Specialist** | $ 90.00 |
| **Administrative Staff** - Including Drafters, Computer and Computer Graphics Technicians, Photographers and Technical Writers | $ 45.00 - $ 85.00 |
| **Technical Illustrator** - Prepares Graphic Display Boards and Models Pictorial Representations | $ 45.00 - $ 85.00 |

Travel costs, such as lodging and car rental, will be invoiced at cost plus 15%.

Air fare will be invoiced at cost plus 10%.

195 Frances Avenue • Cranston, RI 02910 • Tel. (401) 467-6454 • Fax (401) 467-2398 • Website: www.thielsch.com