# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, As Subrogee of ALBERTO CARVALHAL | : | |
| VS. | : | C.A. NO.: 06-362S |
| GENERAL ELECTRIC COMPANY and MIDEA USA, INC. | : | |

**PLAINTIFF THE HARTFORD INSURANCE COMPANY'S RULE 26(a)(2)(B) DISCLOSURE OF EXPERT WITNESS**

**NAME AND ADDRESS OF WITNESS**

Michael Cooney
Thielsch Engineering
195 Frances Avenue
Cranston, RI 02910
(401) 467-6454

**SUBJECT MATTER ON WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Cooney is expected to testify concerning his investigation and opinions regarding the cause of the February 27, 2004 fire loss that occurred at the residence of Alberto and Eugenia Carvalhal, located at 76 Willet Ave., East Providence, Rhode Island.

**THE SUBSTANCE OF THE FACTS AND OPINIONS TO WHICH THE EXPERT IS EXPECTED TO TESTIFY**

Mr. Cooney is expected to testify that, based upon his investigation and inspection, the cause of the February 27, 2004 fire was the GE hot/cold water dispenser located in the kitchen of the Carvalhal residence. Mr. Cooney is further expected to testify that the water dispenser was improperly designed and/or assembled so that the heater coil of the water dispenser generated

sufficient heat to cause localized burning and the resulting fire. Mr. Cooney's further opinions are expressed in the previously disclosed report dated September 29, 2004.

## SUMMARY OF THE GROUNDS FOR EXPERT'S OPINION

Mr. Cooney will testify based on his education and experience as a metallurgical engineer, as well as his investigation and his inspections of the GE hot/cold water dispenser located, at the time of the fire, in the kitchen at 76 Willet Avenue, East Providence, Rhode Island. A list of Mr. Cooney's qualifications, testimony history and fee schedule is attached. Mr. Cooney has no publications.

Plaintiff, The Hartford Insurance Company,
As Subrogee of Alberto Carvalhal,
By its attorneys,

Richard A. van Tienhoven- #2628
Kevin S. Cotter - #3112
van Tienhoven & Cotter, Limited
312 South Main Street
Providence, RI 02903
(401) 454-5350
(401) 454-5170 Fax

/s/ Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax

***The Hartford Insurance Company, As Subrogee of Alberto Carvalho v. General Electric Company and Midea USA, Inc.***
***CA No. 06-362***

## CERTIFICATION

I, the undersigned, hereby certify that on this 13th day of December 2006, the foregoing was mailed, postage prepaid, to: **Joseph DiMaio, Esq.**, Law Offices of McKinnon & Harwood, 1168 Newport Avenue, Pawtucket, RI 02861; **Dominick W. Savaiano, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603; and **Rodd E. Elges, Esq.**, Clausen Miller PC, Ten South La Salle Street, Chicago, IL 60603.

______________________________

## MICHAEL J. COONEY

Michael J. Cooney is a Metallurgical Engineer at Thielsch Engineering. He is involved and has extensive experience in performing failure analyses of equipment, tubing and piping in industrial plants, commercial and residential piping systems and corrosion evaluations. In addition to his broad corrosion problem solving experience, he has extensive experience with analytical techniques followed in the detection and identification of microbiologically influenced corrosion (MIC) in cooling water, domestic water and sprinkler (standpipe) systems and is familiar with methods used to correct MIC-related problems. Other project experiences have involved cause and origin investigations of explosions and fires and damage assessments to plant equipment and facilities caused by fires, floods, roof or building collapses, etc.

He is involved in the performance of metallurgical examinations, condition assessment and failure analyses of pressure vessels, tanks, piping, fans, boilers, paper machines, and various types of equipment associated with chemical process plants, gas processing plants, refineries, power plants, pulp and paper mills, pharmaceutical plants and other industrial plants. He has also extensively studied the effects of various corrosion-related failure mechanisms on materials in various industrial, marine and process environments.

Michael Cooney has conducted many remaining-life assessments of condenser water, chilled water, waste water and domestic water piping systems. He is familiar with software programs used in fitness-for-service determinations in tanks, pressure vessels and piping. He is familiar with welding and the performance of welded structures, equipment and components. He is also familiar with the various Codes and Standards covering welding and fabrication, including the ASME Boiler and Pressure Vessel Code, the ASME Code for Pressure Piping, the API Standards and the Standards of the American Welding Society.

He has performed failure analyses and corrosion investigations and testing of ferrous alloys, stainless steels, copper alloys and nickel-based alloys. This has included extensive evaluations of electrical connectors of various copper alloy compositions and the susceptibility to failures by fatigue, corrosion, stress corrosion and other mechanisms.

Mr. Cooney has extensive laboratory experience with metallographic techniques utilized in the evaluations and failure analyses of metallic and nonmetallic materials including optical and scanning electron microscopy (SEM), energy dispersive spectroscopy (EDS), x-ray diffraction (XRF), and mechanical testing for the determination of tensile strength, toughness, fatigue, creep and other metal properties.

He has experience with nondestructive examination methods including LP, MP, UT, RT and VT. He is a certified Welding Inspector (CWI) through the American Welding Society (AWS).

Michael Cooney holds a Bachelor of Science in Metallurgical Engineering degree from the University of Notre Dame and is a certified Engineer-in-Training (EIT) in New York State.

He is a member of the National Association of Corrosion Engineers and the American Welding Society.

**DEPOSITION TESTIMONY**
**2004 TO 2006**

| Project No. | Date | Case Name | Attorney Name | Law Firm and Address |
|---|---|---|---|---|
| 110080 | July 20, 2004 | Dartmouth College | Jeremy Walker | McLane, Graf, Raulerson & Middleton, P.A.<br>City Hall Plaza<br>900 Elm Street<br>Manchester, NH |
| 120060 | April 14, 2005 | Caldwell Tanks | John Barker | Michienzie & Sawin LLC<br>745 Boylston<br>Boston, MA |
| 110106 | February 14, 2006 | NAMCO | Scott Chadwick | Chadwick & Stone<br>111 Founders Plaza<br>East Hartford, CT |
| 60040091 | July 12, 2006 | Florida Power & Light | Mark Freel | Edwards Angell Palmer & Dodge, LLP<br>2800 Financial Plaza<br>Providence, RI |

# *Professional Engineering Division*

THIELSCH
ENGINEERING

## *Forensic Investigations and Litigation Preparation Engineering Services Rate Sheet*

| | Rates Per Hour |
|---|---|
| **Vice President Engineering** | |
| Expert Witness (Deposition/Trial Testimony) | $ 225.00 |
| Investigations and Engineering Analyses | $ 185.00 |
| **Principal Engineer** | |
| Expert Witness (Deposition/Trial Testimony) | $ 200.00 |
| Investigations and Engineering Analyses | $ 175.00 |
| **Senior Engineer** | |
| Expert Witness (Deposition/Trial Testimony) | $ 190.00 |
| Investigations and Engineering Analyses | $ 150.00 |
| **Engineer** | |
| Finite Element Analysis | $ 150.00 |
| **Engineering Technician/Technical Specialist** | $ 90.00 |
| **Administrative Staff** - Including Drafters, Computer and Computer Graphics Technicians, Photographers and Technical Writers | $ 45.00 - $ 85.00 |
| **Technical Illustrator** - Prepares Graphic Display Boards and Models Pictorial Representations | $ 45.00 - $ 85.00 |

Travel costs, such as lodging and car rental, will be invoiced at cost plus 15%.

Air fare will be invoiced at cost plus 10%.

195 Frances Avenue • Cranston, RI 02910 • Tel (401) 467-6454 • Fax (401) 467-2398 • Website www.thielsch.com