# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

| | | |
|---|---|---|
| THE HARTFORD INSURANCE COMPANY, as Subrogee of ALBERTO CARVALHAL<br>Plaintiff<br><br>Vs.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br>Defendant | ) | No.CA:06-362S |
| EUGENIA CARVALHAL<br>Plaintiff<br><br>Vs.<br><br>GENERAL ELECTRIC COMPANY and MIDEA USA, INC.<br>Defendant | ) | No.CA-07-007S |

**PLAINTIFF, EUGENIA CARVALHAL'S, OBJECTION TO DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT WITNESSES AND FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, EUGENIA CARVALHAL, and hereby move this Honorable Court to deny the Defendants motion for good and sufficient cause.

In support of their Motion, Plaintiff, EUGENIA CARVALHAL, files a Memorandum of Law in support of Plaintiff's objection. In addition, the Plaintiff requests the opportunity for oral argument with respect to this motion.

WHEREFORE, Plaintiffs request that this Court deny the Defendants motion for good and sufficient good and award the Plaintiff costs and any other award that this Court may deem fit.

Respectfully submitted,
Plaintiff,
By and Through Her Attorneys,

/s/ Robert D'Amico, II, Esq.
/s/ Mark W. Dana, Esq.

Robert A. D'Amico, II, Esq. #4593
Mark W. Dana, Esq. #4150
**D'AMICO · BURCHFIELD, LLP**
536 Atwells Avenue
Providence, RI 02909
Main 401-454-1212
Fax 401-454-1233
rad@dblawri.com
mwd@dblawri.com

**CERTIFICATE OF MAILING AND ELECTRONIC SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing was transmitted electronically to the following attorney(s) of record, on this 25th day of June, 2007.

Dominick W. Savaiano, Esq.
Rodd E. Elges, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
relges@clauson.com

Joseph-Anthony DiMaio, Esq.
McKennon & Harwood
1168 Newport Avenue
Pawtucket, RI 02861
contact@mckinnonharwood.com

Erik Loftus
Law Offices of Stuart Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096
eloftus@sbcglobal.net

Richard Ari Van Tienhoven, Esq.
Van Tienhoven & Cotter, Ltd.
312 South Main Street
Providence, RI 02903
ravt.ksc@conversent.net

Patrick A. Sweeney