# EXHIBIT F

From: Erik Loftus [eloftus@sbcglobal.net]
Sent: Wednesday, July 18, 2007 11:02 AM
To: D'Amico, Robert A.; RODD E. ELGES
Cc: ROSANNE ABRAHAM
Subject: Re: Carvalhal

Rodd/Bob:

I also spoke with J. Almond's clerk regarding what J. Almond is expecting the day of the hearing. She indicated to me that it would be simply a hearing on the motion papers, not a full-blown Daubert hearing with expert testimony.

Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax.

----- Original Message -----
From: D'Amico, Robert A.
To: RODD E. ELGES ; Erik Loftus
Cc: ROSANNE ABRAHAM
Sent: Tuesday, July 17, 2007 1:35 PM
Subject: RE: Carvalhal

That sound reasonable. I assume that Erik will contact the respective clerks to address the scheduling concerns.

---

From: RODD E. ELGES [mailto:RELGES@clausen.com]
Sent: Tuesday, July 17, 2007 2:31 PM
To: Erik Loftus; D'Amico, Robert A.
Cc: ROSANNE ABRAHAM
Subject: RE: Carvalhal

Erik/Bob -

We're fine with a Motion Continuing the 8/15/07 hearing before Judge Almond to 9/05/07, provided that Judge Almond (or his clerk) clears it with Judge Smith (or Doreen Baldinelli)

The way I read it, Judge Smith's Order transferring the Motion to Judge Almond "for report and recommendation" did not strike our hearing with Judge Smith on 9/05/07. As long as Judge Smith agrees that our 9/05 hearing will be before Judge Almond, and not in his courtroom, we consent to the proposed change.

If Judge Smith still wants the 9/05/07 hearing to proceed in his courtroom, we will need to come up with a mutually agreeable date for the hearing in front of Judge Almond sometime before then.

In any case, we will use our best efforts to avoid the creation of a scheduling conflict for either of your respective offices. Please let me know if you have any questions.

Thanks.

- Rodd

Rodd E. Elges
312-606-7707
Clausen Miller, P.C.
10 S. LaSalle St.
Chicago, Illinois 60603

---

From: Erik Loftus [mailto:eloftus@sbcglobal.net]
Sent: Tuesday, July 17, 2007 2:07 PM
To: RODD E. ELGES; D'Amico, Robert A.
Subject: Carvalhal

Rodd/Bob:

I am unavailable (vacation) on the new date selected by J. Almond for the hearing. The clerk indicated that he was free on the previously scheduled Sept. 5 date. Please let me know if you consent to a motion to continue. Thank you.

Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
(860) 292-1116
(860) 292-1221 fax.