**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**The Hartford Insurance Company, as Subrogee**
**Plaintiff**

**V.**

**General Electric Company, et al**
**Defendant**

**Case Number: C.A. NO. 06-362S**

**Eugenia Carvalhal**
**Plaintiff**

**V.**

**General Electric Company, et al**
**Defendant**

**Case Number: C.A. NO. 07-07S**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, General Electric Company, Midea USA, Inc., against the Plaintiffs, The Hartford Insurance Company and Eugenia Carvalhal pursuant to the Court's Order dated December 6, 2007 adopting the Magistrate Judge's Report and Recommendation dated October 2, 2007 and granting Defendants Motion for Summary Judgement.**

**BY ORDER:**

**December 7, 2007**
**Date**

**Deputy Clerk**